**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **PACIFICA CMFM Group LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **87-3733507** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **223 Wall Street, Suite 170**  **Huntington, NY 11743**  Number, Street, City, State & ZIP Code  **Suffolk**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **PACIFICA CMFM Group LLC** _____  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **PACIFICA CMFM Group LLC**  Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **PACIFICA CMFM Group LLC**                                           Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **PACIFICA CMFM Group LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2023**
              MM / DD / YYYY

X **/s/ Riham Farid**                             **Riham Farid**
Signature of authorized representative of debtor   Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Todd E. Duffy**                            Date **June 19, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Todd E. Duffy**
Printed name

**DuffyAmedeo LLP**
Firm name

**132 West 31st Street
9th Floor
New York, NY 10001**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 729-5832**   Email address  **tduffy@duffyamedeo.com**

Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PACIFICA CMFM Group LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ak Consulting Svcs Inc** **31-18 83rd Street** **First Floor** **East Elmhurst, NY 11370** | | | | | | **$3,200.00** |
| **ASAP Restoration Inc** **30 East 33rd Street** **12th Floor** **New York, NY 10016** | | | | | | **$875.00** |
| **Electric A/C Inc** **69-59 75th Street** **Middle Village, NY 11379** | | | | | | **$9,117.87** |
| **Guardian Fence Co Inc.** **PO Box 2009** **Newark, NJ 07114** | | | | | | **$9,375.75** |
| **Innovative Accting & Tax** **1025 Old Country Road** **Ste 427** **Westbury, NY 11590** | | | | | | **$1,245.00** |
| **Internat'l Estimating LLC** **777 SW 37th Ave** **Suite 510** **Miami, FL 33135** | | | | | | **$5,265.00** |
| **New Image Restoration** **802 Derwyn Road** **Drexel Hill, PA 19026** | | | | | | **$26,216.53** |

Debtor **PACIFICA CMFM Group LLC**                              Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NY Dept of Tax and Fin.**<br>**PO Box 3600**<br>**Church St Sta**<br>**New York, NY 10008** | | | | | | **$5,060.29** |
| **QSR Steel Corp**<br>**121 Elliot Street**<br>**Hartford, CT 06114** | | | | | | **$39,000.00** |
| **Royal Contractors**<br>**2660 E 21st Street**<br>**Brooklyn, NY 11235** | | | | | | **$5,821.39** |
| **Somonn LLC**<br>**85-50 257th St.**<br>**Floral Park, NY 11001** | | | | | | **$12,400.00** |
| **Sullivan Heating and Cool**<br>**497 Broadway**<br>**Ste # !**<br>**Monticello, NY 12701** | | | | | | **$2,775.00** |
| **Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384** | | | | | | **$21,956.06** |
| **The Plumbing Crew**<br>**15718 Willets Point Apt. 1R**<br>**Whitestone, NY 11357** | | | | | | **$15,796.88** |
| **Tom Krutis Excavating**<br>**1 Carnegie Street**<br>**Linden, NJ 07036** | | | | | | **$6,060.00** |
| **United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384** | | | | | | **$1,081.31** |
| **Wayne Contractors Inc**<br>**6780 Keple Rd**<br>**Cleves, OH 45002** | | | | | | **$3,300.00** |
| **WWWebtek Internet Solutns**<br>**4095 State Road 7 Ste. L 104**<br>**Wellington, FL 33449** | | | | | | **$1,134.27** |
| **Yorkshire Realty LLC**<br>**13 Hickory Drive**<br>**Great Neck, NY 11021** | | | | | | **$2,052.00** |

Debtor **PACIFICA CMFM Group LLC**  Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Zoom Drain and Sewer Serv** **129 East 1st Avenue** **Roselle, NJ 07203** | | | | | | **$2,120.77** |

Ak Consulting Svcs Inc  
31-18 83rd Street  
First Floor  
East Elmhurst, NY 11370

Arena Computer  
117-16 Queens Blvd.  
2nd Floor  
Forest Hills, NY 11375

ASAP Restoration Inc  
30 East 33rd Street  
12th Floor  
New York, NY 10016

Chip Zoegall  
22 Bay Drive West  
Huntington, NY 11743

Chronicle Technologies  
231 Alessandro Blvd  
Riverside, CA 92508

Comcast  
1701 JFK Blvd.  
Philadelphia, PA 19103

ConEdison  
PO Box 1701  
New York, NY 10116

Cubesmart Self Storage  
183 Lorraine Street  
Brooklyn, NY 11215

Electric A/C Inc  
69-59 75th Street  
Middle Village, NY 11379

Gary Falco  
9 Bradner Drive  
Warwick, NY 10990

Guardian Fence Co Inc.
PO Box 2009
Newark, NJ 07114


Hermatie 'Nalini' Bhimal
101-32 112th Street
South Richmond Hill, NY 11419


Innovative Accting & Tax
1025 Old Country Road
Ste 427
Westbury, NY 11590


Internat'l Estimating LLC
777 SW 37th Ave
Suite 510
Miami, FL 33135


Intuit
2632 Marine Way
Mountain View, CA 94043


Joe Shenna
13 Hickory Drive
Great Neck, NY 11021


Linx Brokerage
72-32 Broadway Suite #402
Jackson Heights, NY 11372


Louise Florio
8791 98th St
Woodhaven, NY 11421


Luckystart Enterprises
14221 SW 120th St Suite 2
Miami, FL 33186


Luis Tubon
206 Wilson Ave
Brooklyn, NY 11237


Manuel Sagbay
199 30th Street Apt G
Brooklyn, NY 11232

Miami Design Cabinets Co.
1083 East 24th Street
Hialeah, FL 33013


Microsoft
One Microsoft Way
Redmond, WA 98052


Natasha Allen
51-15 Almeda Ave Apt 5E
Far Rockaway, NY 11691


New Image Restoration
802 Derwyn Road
Drexel Hill, PA 19026


Nextiva
8800 E Chaparral Rd #300
Scottsdale, AZ 85250


NY Dept of Tax and Fin.
PO Box 3600 Church St Sta
New York, NY 10008


Pitney Bowes
PO Box 981026
Boston, MA 02298


QSR Steel Corp
121 Elliot Street
Hartford, CT 06114


R&W Brokerage
8 Forest Avenue
Lynbrook, NY 11563


Riham Farid
22 Bay Drive West
Huntington, NY 11743


Royal Contractors
2660 E 21st Street
Brooklyn, NY 11235

Sam Voo
141-04 56th Ave
Flushing, NY 11355


SBA
40 9th Street SW
Washington, DC 20416


Services Channel
6200 Stoneridge Mall Rd.
Pleasanton, TX 78064


Shelter Point Life
1225 Franklin Ave Ste 475
Garden City, NY 11530


Somonn LLC
85-50 257th St.
Floral Park, NY 11001


Staples
500 Staples Drive
Framingham, MA 01702


Sullivan Heating and Cool
497 Broadway
Ste # !
Monticello, NY 12701


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Taino Mechanical Contract
54-14 74th Street
Suite 2202
Elmhurst, NY 11373


TD Bank
108-36 Queens Blvd
Forest Hills, NY 11375

The Plumbing Crew
15718 Willets Point
Apt. 1R
Whitestone, NY 11357


Time Warner Cable
PO Box 11820
Newark, NJ 07101


Tom Krutis Excavating
1 Carnegie Street
Linden, NJ 07036


United Rentals
PO Box 100711
Atlanta, GA 30384


Verizon
1095 Ave of the Americas
New York, NY 10036


Wayne Contractors Inc
6780 Keple Rd
Cleves, OH 45002


WestGuard
PO Box 785570
Philadelphia, PA 19178


WWWebtek Internet Solutns
4095 State Road 7
Ste. L 104
Wellington, FL 33449


Yorkshire Realty LLC
13 Hickory Drive
Great Neck, NY 11021


Zoom Drain and Sewer Serv
129 East 1st Avenue
Roselle, NJ 07203

# United States Bankruptcy Court
### Eastern District of New York

In re  **PACIFICA CMFM Group LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **PACIFICA CMFM Group LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Riham Farid**  
**22 Bay Drive West**  
**Huntington, NY 11743**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 19, 2023** | **/s/ Todd E. Duffy** |
| Date | **Todd E. Duffy** |
| | Signature of Attorney or Litigant |
| | Counsel for  **PACIFICA CMFM Group LLC** |
| | **DuffyAmedeo LLP** |
| | **132 West 31st Street** |
| | **9th Floor** |
| | **New York, NY 10001** |
| | **(212) 729-5832** |
| | **tduffy@duffyamedeo.com** |